Adam B. Nach – 013622
Jonathan Simon – 029750
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Movant/Judgment Creditor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NAJA T. FREENEY<br><br>    Debtor. | (Chapter 7 Case)<br><br>No. 2:17-bk-09939-PS |
| DIANE M. MANN, CHAPTER 7 TRUSTEE,<br><br>    Movant/Judgment Creditor,<br><br>    vs.<br><br>NAJA T. FREENEY,<br><br>    Debtor/Judgment Debtor,<br><br>THE MEHAREEN LIMITED LIABILITY PARTNERSHIP dba 21ST CENTURY FAMILY MEDICINE,<br><br>    Garnishee. | **APPLICATION FOR WRIT OF GARNISHMENT FOR EARNINGS OF JUDGMENT DEBTOR** |

Diane M. Mann, Chapter 7 Trustee, by and through her attorneys undersigned, hereby applies, pursuant to A.R.S. §12-1598.03, for a Writ of Garnishment for Earnings of Debtor/Judgment Debtor Naja T. Freeney (SSN:xxx-xx-5788) ("**Judgment Debtor**"). In support hereof, Trustee respectfully represents:

1. Judgment Debtor filed a voluntary petition under Chapter 7 of Title 11, United States Code, on August 24, 2017.

2. Diane M. Mann is the duly appointed and acting Trustee in this case and Movant/Judgment Creditor ("**Judgment Creditor**") in this matter.

1

3. This Court entered an Order Directing Debtor to Turn Over Estate Property ("**Judgment/Order**") in favor of Judgment Creditor in the above referenced administrative proceeding on July 11, 2018 in the principal sum $2,751.00.

4. The total amount of $2,751.00 remains due and owing to the Judgment Creditor from the Judgment Debtor. Upon information and belief, Judgment Debtor is an employee of The Mehareen Limited Liability Partnership dba 21st Century Family Medicine ("**Garnishee**"). Garnishee's address is believed to be the following:

> The Mehareen Limited Liability Partnership
> dba 21st Century Family Medicine
> Attention: Payroll/Accounting
> 1343 North Alma School Road, Suite 160
> Chandler, AZ 85224

6. Judgment Creditor has not received notice of the Judgment Debtor's intent to enter into an agreement for debt scheduling with a qualified consumer credit counseling organization.

WHEREFORE, Diane M. Man, Chapter 7 Trustee and Judgment Creditor herein, respectfully requests that this Court issue a Writ of Garnishment for the earnings of Naja T. Freeney, Judgment Debtor, as satisfaction of debt to the above referenced bankruptcy estate in the amount of $2,751.00.

RESPECTFULLY SUBMITTED this 6th day of August, 2018

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach – 013622*
    Adam B. Nach
    Jonathan C. Simon
    *Attorneys for Trustee*